1

2  James Holliday
   **JAMES D. HOLLIDAY LAW OFFICE**

3  109 Broadway, Suite 301
   Hazard, KY 41702

4  Telephone: 606-439-2600
   Attorneys for Plaintiffs

5

6

7

8

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11  SAN FRANCISCO DIVISION

12

13  IN RE: BEXTRA AND CELEBREX
    MARKETING SALES PRACTICES AND          **Case No.: 06-2978 CRB**

14  PRODUCT LIABILITY LITIGATION            **MDL NO. 1699**
                                            **District Judge:  Charles R. Breyer**

15  Teresa Duff, et al.,

16                          Plaintiffs

17  vs.                                     **STIPULATION AND ORDER OF**
                                            **DISMISSAL WITH PREJUDICE**

18  Pfizer Inc, et al.,

19                          Defendants.

20

21

22  Come now the Plaintiffs in the above-entitled action and Defendants, by and through the

23  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

24  stipulate to the dismissal of this action **with prejudice** as to all parties with each side

25  bearing its own attorneys' fees and costs. No money or consideration of any kind is being paid

26

27

28

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

on behalf of Dr. Wicker in exchange for this dismissal.


DATED: 7/19, 2010          By: _____

**JAMES D. HOLLIDAY LAW OFFICE**
109 Broadway, Suite 301
Hazard, KY 41702
Telephone: (606) 439-2600

*Attorneys for Plaintiffs*


DATED: 5/6, 2010          By: _____

**FULKERSON & KINKEL, PLLC**
239 North Broadway
Lexington, KY 40507
Telephone: (859) 253-0523

*Attorneys for Mitchell Wicker, Jr. M.D.*


DATED: May 7, 2010          By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500

*Defendants' Liaison Counsel*


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**


Dated: 7·02·2010          _____
Hon. Charles R. Breyer
United States District Court


-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**